UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
KLEIN, MARK T.                              Case No. 08-56708 SWR
                                            Chapter 7
                                            HON. Steven W. Rhodes

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Citigroup d/b/a Citi Cards<br>Citi Legal Service Center, 400 Regent Blvd.<br>Irving, TX 75063 | 4 | $2,726.94 |
| | **TOTAL** | **$2,726.94** |

Dated: June 17, 2010

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com